PROB 12
(02/05-D/CO)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. DANIELE DANAE DUNCAN                    Docket Number: 07-CR-00146-EWN-01

### Petition for Modification of Conditions of Supervised Release

COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Daniele Danae Duncan, who was placed on supervision by the Honorable Frank Montalvo sitting in the court at El Paso, Texas, on the 13th day of September, 2005, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall participate in the Home Confinement program for a period of five (5) months.  During this time, the defendant shall remain at his/her place of residence, except for employment and other activities approved in advance by the Probation Officer.  The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem," "caller ID," "call waiting," or portable cordless telephones for the above period.

2.    The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.  The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

3.    The defendant shall be mentally evaluated and if necessary participate in a mental health program approved by the probation officer.  The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

**Jurisdiction was transferred from the Western District of Texas to the District of Colorado on April 4, 2007.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of supervised release to include a special condition requiring that: The defendant shall reside in a residential re-entry center for a period of up to six months to commence as directed by the probation officer, and shall observe the rules of that facility.

### ORDER OF THE COURT

Considered and ordered this 5th day of July, 2007, and ordered filed and made a part of the record in the above case.

s/ Edward W. Nottingham
_____
Edward W. Nottingham
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Carrie Kent
_____
Carrie Kent
U.S. Probation Officer

Place: Denver, Colorado

Date: June 28, 2007

## ATTACHMENT

On April 28, 2006, the conditions of supervised release were read and explained to the defendant. On that date, she acknowledged in writing that the conditions had been read to her, that she fully understood the conditions, and that she was provided a copy of them. The term of supervised release commenced on April 24, 2006.

On June 22, 2007 and June 28, 2007, respectively, the defendant and her counsel executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," in which the defendant waives the right to a hearing and agrees to the proposed modification of supervised release. Assistant U.S. Attorney James Allison has been consulted and has no objection to the proposed modification.

This petition is based on the following facts:

The defendant failed to report for substance abuse testing as directed on the following dates: May 31, 2006, August 19, 2006, September 11, 2006, October 31, 2006, December 10, 2006, December 23, 2006, December 31, 2006, January 18, 2007, February 9, 2007, February 16, 2007, March 3, 2007, March 13, 2007, April 23, 2007, May 24, 2007, June 4, 2007, June 8, 2007, June 23, 2007, and July 2, 2007.

The defendant failed to report for dual diagnosis treatment on the following dates: June 13, 2006, January 18, 2007, February 15, 2007, February 22, 2007, March 28, 2007, April 4, 2007, April 18, 2007, May 29, 2007, June 5, 2007, June 20, 2007, and June 27, 2007.

The defendant failed to submit written monthly supervision reports for the months of October, 2006, December, 2006, January, 2007, February, 2007, and May, 2007. Since commencing supervised release, the defendant has failed to submit documentation of wages as directed by the probation officer.

In response to these violations, the Probation Office requests a modification of the defendant's conditions of supervised release to include placement in a community corrections center for a period of up to six months. The defendant's violations are primarily related to her dual diagnosis treatment and drug testing program, and they appear to reflect the defendant's lack of maturity and/or sense of responsibility, rather than a blatant disregard for supervision requirements. The added structure of the community corrections setting may be sufficient to bring her back into compliance, while allowing her to continue receiving the correctional treatment she needs.